UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARLEAN GREEN,

    Plaintiff,

v.                                                                  CASE NO. 8:20-cv-1006-T-23TGW

THE HERTZ CORPORATION,

    Defendant.
_____/

## ORDER

    Suing under the WARN Act, the plaintiff claims that The Hertz Corporation fired the plaintiff and other putative class members without affording advance written notice.  Hertz files a notice (Doc. 9) stating that on May 22, 2020, Hertz petitioned for bankruptcy protection under Chapter 11 of the Bankruptcy Code.  In accord with the automatic stay of 11 U.S.C. 362(a) and with counsel's representation that no order in the bankruptcy action has granted relief from the automatic stay, this action is **STAYED**.  The clerk must **ADMINISTRATIVELY CLOSE** the case.

    ORDERED in Tampa, Florida, on May 29, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE